**Katrina V. TATE, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2008–3277.

United States Court of Appeals, Federal Circuit.

Oct. 20, 2008.

Katrina V. Tate, Broadview, IL, pro se.

Richard P. Schroeder, Department of Justice, Washington, DC, for Respondent.

### *ORDER*

Petitioner having complied with the court's October 1, 2008 order,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's October 1, 2008 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due on or before November 10, 2008.

**Robert C. THORPE, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2006–7087.

United States Court of Appeals, Federal Circuit.

Oct. 21, 2008.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).